IN THE UNITED STATES DISTRICT COURT
OF THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| ALAN W. HILTON | § | |
| Plaintiff | § | |
| | § | |
| V. | § | No. 5:17CV91-RWS-CMC |
| | § | |
| STATE FARM INSURANCE, FRANK | § | |
| TOMLIN "ADJUSTER," and JOYCE | § | |
| SEVIERE "POLICY AGENT" | § | |
| Defendant | § | |

## MEMORANDUM ORDER ADOPTING REPORT AND RECOMMENDATION

The above-entitled and numbered civil action was heretofore referred to United States Magistrate Judge Caroline M. Craven pursuant to 28 U.S.C. § 636. The Report of the Magistrate Judge (Docket No. 8) which contains her proposed findings of fact and recommendations for the disposition of such action has been presented for consideration. The Magistrate Judge recommends dismissing Plaintiff's action because Plaintiff has not alleged facts that establish that the Court has jurisdiction over the action. *Id*. at 5. No objections were filed to the Report and Recommendation. The Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct. Therefore, the Court hereby adopts the Report of the United States Magistrate Judge as the findings and conclusions of this Court. Accordingly, it is hereby

**ORDERED** that Plaintiff's above-referenced cause of action is **DISMISSED WITHOUT PREJUDICE** to refiling in a court of proper jurisdiction.

**SIGNED this 28th day of June, 2017.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE